UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Archdiocese of San Salvador</u>
<u>and Archbishop Fernando</u>
<u>Saenz LaCalle</u>

     v.                  Civil No. 05-cv-237-JD

<u>FM International, LLC et al.</u>


<u>PROCEDURAL ORDER</u>


The court commends the parties and counsel for their efforts in arriving at a non-trial disposition of this case.

SO ORDERED.


_____
Joseph A. DiClerico, Jr.
United States District Judge


November 1, 2006

cc:  Thomas H. Hannigan, Jr., Esquire
     Daniel A. Laufer, Esquire
     Annmarie A. Tenn, Esquire